UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN THOMAS TOLSTON,

                    Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                  Defendants.

25-CV-10741 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights. The Court dismisses the complaint for the following reason.

Plaintiff has previously submitted to this court an identical complaint against Defendant. That case is presently pending before the Court under docket number 25-CV-10654 (LTS).[1] As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. The Court therefore dismisses this action without prejudice to Plaintiff's pending action under docket number 25-CV-10654 (LTS).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of the action pending under case No. 25-CV-10654 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] The only difference between the two complaints is that Plaintiff signed the complaint that commenced the action under docket number 25-CV-10654 (LTS).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated:    January 15, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge